UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>SHANE CO.<br><br>EIN: 84-0163760<br><br>Debtor. | )<br>)<br>)  Case No. 09-10367-HRT<br>)<br>)  Chapter 11<br>)<br>) |

**ORDER GRANTING MOTION FOR ORDER: AUTHORIZING DEBTOR TO DISCONTINUE OPERATIONS AT CERTAIN STORES AND CLOSE SUCH STORES, AUTHORIZING DEBTOR TO REJECT RELATED UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY, AND GRANTING ANCILLARY AND OTHER RELIEF**

Upon the motion (the "Motion")[1] of the Debtor for an order authorizing the Debtor to discontinue operations at certain stores and close those stores, and authorizing the Debtor to reject the related unexpired leases of nonresidential real property, including any amendments, modifications, and subleases thereto (collectively, the "Leases") for the locations listed on **Exhibit A** hereto (the "Premises") effective as of February 28, 2009 (the "Rejection Date"); and the Court having reviewed the Motion; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, its estates, its creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that:

1. The Motion is GRANTED.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2. The Debtor is authorized to discontinue operations at the Unprofitable Premises as of February 15, 2009, and the Leases are hereby rejected effective as of February 28, 2009. Nothing in this paragraph 2 shall preclude a Landlord's right to seek lease rejection damages.

3. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____March 11_____, 2009

By the Court:

_____
Honorable Howard R. Tallman
UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT A

### List of Leases and Subleases

1. Lease dated December 22, 2006, by and between Cosroy Millenia Partners, LLP, a Florida limited liability partnership, as landlord, and Shane Co., a Colorado corporation, as tenant, for lease premises located at 4194 Conroy Road, Suite 103, Orlando, FL 32839.

2. Lease Agreement dated as of April 14, 2005, between JS Morrow GA, LLC, a Delaware limited liability company, as lessor, and Western Stone & Metal Corp., a Colorado corporation, as lessee, for lease premises located at 1950 Mount Zion Road, Morrow, GA 30260.

3. Retail Lease dated December 30, 1998, by and between MBK Northwest, a Washington limited partnership, as landlord, and Western Stone and Metal Corp., a Colorado corporation, dba The Shane Company, as tenant, for lease premises located at 17950 Southcenter Pkwy, Tukwila, WA 98188.

#560675