UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-10367-HRT |
| SHANE CO. ) | |
| ) | Chapter 11 |
| EIN 84-0163760 ) | |
| ) | |
| Debtor. | |

**ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME
TO ASSUME OR REJECT UNEXPIRED LEASES OF REAL PROPERTY**

This matter arose upon the Second Motion for Extension of Time to Assume or Reject Unexpired Leases of Real Property filed herein by Shane Co. (the "Debtor"). Good cause being shown, and the Court being duly advised,

IT IS, THEREFORE, HEREBY ORDERED that the Debtor shall have an extension of time within which to seek to assume or reject each lease of non-residential real property set forth on the Revised Exhibit A hereto, to the date reflected on Exhibit A.

Dated: September 2, 2009     BY THE COURT:

_Howard Tallman_
Honorable Howard R. Tallman
United States Bankruptcy Judge

# EXHIBIT A

## SCHEDULE OF AGREED EXTENDED DATES FOR ASSUMPTION OR REJECTION OF LEASES

| Name | Store Number | Street | City | State | Deadline to Assume or Reject |
|---|---|---|---|---|---|
| Greenwood Village CO | 2 | 9790 E. Arapahoe Rd. | GREENWOOD VILLAGE | CO | Plan Confirmation |
| Lynnwood, WA | 8 | 18833 28th Avenue West | LYNNWOOD | WA | Plan Confirmation |
| Tigard, OR | 10 | 9730 S.W. Cascade Avenue | TIGARD | OR | Plan Confirmation |
| Walnut Creek, CA | 11 | 2530 N. Main Street | WALNUT CREEK | CA | Plan Confirmation |
| Cupertino, CA | 12 | 21255 Stevens Creek Blvd. | CUPERTINO | CA | 4/30/10 |
| Midvale, Utah | 14 | 7182 S. State Street | MIDVALE | UT | 11/1/09 |
| Duluth, GA | 15 | 3300 Steve Reynolds Blvd. | DULUTH | GA | Plan Confirmation |
| Indianapolis, IN | 16 | 8111 E. 96th Street | INDIANAPOLIS | IN | Plan Confirmation |
| Louisville, KY | 17 | 2515 Hurstbourne Gem Ln. | LOUISVILLE | KY | Plan Confirmation |
| Minnetonka, MN | 18 | 11300 Wayzata Blvd., Suite A | MINNETONKA | MN | Plan Confirmation |
| Woodbury, MN | 19 | 8404 Tamarack Village | WOODBURY | MN | Plan Confirmation |
| Westminster, CO | 20 | 6550 West 104th Ave. | WESTMINSTER | CO | 9/10/09 (deadline for entry of order) |
| St. Louis, MO | 21 | #10 Brentwood Promenade Ct. | BRENTWOOD | MO | 8/28/09 |
| Kennesaw, GA | 23 | 735 Ernest W. Barrett Pkwy NW | KENNESAW | GA | 1/31/10 |
| Scottsdale, AZ | 24 | 7144 East Acoma drive | SCOTTSDALE | AZ | 10/30/09 (deadline for entry of order) |
| Alpharetta, GA | 25 | 10885 Haynes Bridge Road | ALPHARETTA | GA | Plan Confirmation |
| Roseville, CA | 27 | 366 N. Sunrise Avenue | ROSEVILLE | CA | Plan Confirmation |
| Nashville, TN | 30 | 3006 Mallory Lane | FRANKLIN | TN | Plan Confirmation |
| Overland Park, KS | 31 | 7300 W 135th Bldg 35 | OVERLAND PARK | KS | Plan Confirmation |