# UNITED STATES BANKRUPTCY COURT

District of Colorado

In re: **Shane Co., ET AL.,** Case No. **09-10367**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SONAR CREDIT PARTNERS, LLC** | **Atmos Energy** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**SONAR CREDIT PARTNERS, LLC
200 BUSINESS PARK DRIVE, SUITE 201
ARMONK, NY 10504**

Phone: **(914) 730-1005**
Last Four Digits of Acct #: N/A

Name and Address where transferee payments should be sent (if different from above):

Court Claim # (if known): N/A
Amount of Claim: **$1,423.04**
Date Claim Filed: N/A

Phone: N/A
Last Four Digits of Acct. #: N/A

Name and Current Address of Transferor:

Atmos Energy
PO Box 9001949
Louisville, KY 40290

Phone: N/A
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg                     Date: 9/28/2010
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Colorado
Attn: Clerk

AND TO: Shane Co. ("Debtor")
Case No. (09-10367)

Claim # (if known): 15

**ATMOS ENERGY CORPORATION**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SONAR CREDIT PARTNERS, LLC**
200 Business Park Drive
Suite 201
Armonk, NY 10504
Attn: Michael Goldberg
Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of **$1,423.04** ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated September ___28___, 2010.

ASSIGNOR
Signature: _____
Name: Anthony G. Looney
Title: Director Cust. Revenue, Collections
Date: 9/28/10

ASSIGNEE
Signature: _____
Name: Michael Goldberg
Title: Managing Member
Date: 9/28/10

# Creditor Data

Help

| Creditor:<br>Atmos Energy<br>PO Box 9001949<br>Louisville, KY 40290-1949 | Date Claim Filed:<br>Claim #:<br>Schedule: F |
|---|---|

**Notice Party(ies):**

**Debtor Name:** Shane Co.
**Debtor Case Number:** 09-10367

| | Schedule Amount | C* | U* | D* | Filed Claim Amount | Present Claim Amount |
|---|---|---|---|---|---|---|
| GU | $1,423.04 | | | | | |
| PRI | | | | | | |
| SEC | | | | | | |
| AP | | | | | | |
| AS | | | | | | |
| TOTALS | $1,423.04 | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed

**Transfer History**

| Date Filed | Date Effective | Transfer Type | Transferor | Transferee | Status |
|---|---|---|---|---|---|
| No records found | | | | | |

**Objection History**

| Date Created | Name | Basis | Status |
|---|---|---|---|
| No records found | | | |

**Claim Withdrawal History**

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found | | | |

**Stipulation History**

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found | | | |

This website is maintained for the public's convenience and for informational purposes only. Users of this website should not take or refrain from taking any action based upon content included in the website or in the results of any search made on this site without seeking legal counsel on the particular facts and circumstances at issue from a licensed attorney. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") filed in the bankruptcy case/s of the debtor/s.

Without limiting the generality of the foregoing, any failure by a debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated". Further, each debtor reserves the right to amend their Schedules and Statements of Financial Affairs as necessary and appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their schedules or filed against a Debtor, including objecting to the amount, liability classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed", "contingent", or "unliquidated".

SHANE CO.                                                                                         09-10367 HRT
Amended Exhibit F - Unsecured Claims

| Vendor Name | Street Address or P.O. Box | City | State | CO | Zip Code | Amount | Disputed | Unliquidated | Contingent | Date of Claim | Consideration |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2N DESIGNS LLC | 20 EAST 46TH ST., STE 1002 | NEW YORK | NY | US | 10017 | $523,647.80 | | | | CONTINUOUS | Inventory |
| A - A LOCK AND ALARM INC | P.O. BOX 909 | MENLO PARK | CA | US | 94026-0909 | $1,812.08 | | | | 9/01/08 - 1/1/09 | Store Repairs/Maintenance |
| A LINEN CONNECTION | 2400 DINNEEN AVE | ORLANDO | FL | US | 32804 | $153.12 | | | | 9/01/08 - 1/1/09 | Linen Service |
| A PERSONAL TOUCH | 6461 WEST MORRAINE PLACE | LITTLETON | CO | US | 80123 | $820.00 | | | | 9/01/08 - 1/1/09 | Store Repairs/Maintenance |
| A. JAFFE | 37 W. 26TH ST., 11TH FLR. | NEW YORK | NY | US | 10010 | $155,215.78 | | | | CONTINUOUS | Inventory |
| A-1 COMMERCIAL CLEANING SERVICES | P.O. BOX 501846 | INDIANAPOLIS | IN | US | 46250 | $1,328.23 | | | | 9/01/09 - 1/1/09 | Store Repairs/Maintenance |
| ACADEMY FIRE PROTECTION | 56-29 MASPETH AVENUE | MASPETH | NY | US | 11378 | $7,890.69 | | | | 9/01/08 - 1/1/09 | Store Repairs/Maintenance |
| ADT SECURITY SERVICES | P.O. BOX 371954M | PITTSBURGH | PA | US | 15250 | $18,981.68 | | | | 9/01/08 - 1/1/09 | Security |
| AERIS INC | 140 S. MONTGOMERY ST. | SAN JOSE | CA | US | 95110-2520 | $80.87 | | | | 9/01/08 - 1/1/09 | Shop Supplies |
| AIRGAS | P.O. BOX 7425 | PASADENA | CA | US | 91109-7425 | $138.40 | | | | 9/01/08 - 1/1/09 | Shop Supplies |
| AIRGAS-NORPAC, INC | | | | | | | | | | | |
| ATTN: PAULA PARKER | 11900 NE 95th St., #400 | VANCOUVER | WA | US | 98682 | $266.18 | | | | 9/01/08 - 1/1/09 | Shop Supplies |
| AKA ELECTRIC CO LLC | 1924 BICKFORD RD, STE 102 | SNOHOMISH | WA | US | 98290 | $326.71 | | | | 9/01/08 - 1/1/09 | Store Repairs/Maintenance |
| ALADDIN CHEM DRY | 10774 TRENTON | SAINT LOUIS | MO | US | 63132 | $763.75 | | | | 9/01/08 - 1/1/09 | Store Repairs/Maintenance |
| ALEX'S TREE SERVICE & LANDSCAPING | 19297 ALLINSON ROAD NE | HUBBARD | OR | US | 97032 | $480.00 | | | | 9/01/08 - 1/1/12 | Landscaping Services |
| ALFA BOX CORPORATION | 2008 ORANGE STREET | ALHAMBRA | CA | US | 91803 | $636.31 | | | | 9/01/08 - 1/1/09 | Gift Boxes for Stores |
| ALLIANCE GAS PRODUCTS | P.O. BOX 23804 | OAKLAND | CA | US | 94623-0804 | $92.94 | | | | 9/01/08 - 1/1/09 | Shop Supplies |
| ALLIED WASTE SERVICES #183 | P.O. BOX 78829 | PHOENIX | AZ | US | 85062-8829 | $1,136.57 | | | | 9/01/08 - 1/1/09 | Trash Disposal |
| ALLIED WASTE SERVICES #210 | P.O. BOX 78440 | PHOENIX | AZ | US | 85062-8440 | $210.18 | | | | 9/01/08 - 1/1/09 | Trash Disposal |
| ALLIED WASTE SERVICES #346 | P.O. BOX 9001099 | LOUISVILLE | KY | US | 40290-1099 | $122.89 | | | | 9/01/08 - 1/1/09 | Trash Disposal |
| ALLIED WASTE SERVICES #840 | P.O. BOX 9001099 | LOUISVILLE | KY | US | 40290-1099 | $106.99 | | | | 9/01/08 - 1/1/09 | Trash Disposal |
| ALLIED WASTE SERVICES #864 | P.O. BOX 78429 | PHOENIX | AZ | US | 85062-8429 | $201.73 | | | | 9/01/08 - 1/1/09 | Trash Disposal |
| ALLIED WASTE SERVICES #925 | P.O. BOX 78829 | PHOENIX | AZ | US | 85062-8829 | $638.48 | | | | 9/01/08 - 1/1/09 | Trash Disposal |
| ALLIGATOR SHREDDING LLC | 1715 CONCERT RD | DELTONA | FL | US | 32738 | $40.00 | | | | 9/01/08 - 1/1/09 | Shredding Services |
| ALLISON REED GROUP INC | 655 WATERMAN AVE | EAST PROVIDENCE | RI | US | 02914 | $133,188.71 | | | | CONTINUOUS | Inventory |
| ALSCO-DENVER LINEN | 5090 COOK STREET | DENVER | CO | US | 80216 | $951.30 | | | | 9/01/08 - 1/1/09 | Linen Services |
| AMBIUS INC | P.O. BOX 95409 | PALATINE | IL | US | 60095-0409 | $80,098.47 | | | | 9/01/08 - 1/1/09 | Landscaping Services |
| AMEREN UE | P.O. BOX 88529 | SAINT LOUIS | MO | US | 63166-6529 | $804.81 | | | | APPROXIMATELY 1/01/09 | Utility Services |
| AMERICAN CIVIL CONSTRUCTORS | 4901 SOUTH WINDERMERE STREET | LITTLETON | CO | US | 80120 | $7,502.82 | | | | 9/01/08 - 1/1/09 | Store Repairs/Maintenance |
| AMERICAN DOOR SYSTEMS INC | 102 DRENNAN ROAD, SUITE B-6 | ORLANDO | FL | US | 32806 | $635.03 | | | | 9/01/08 - 1/1/09 | Store Repairs/Maintenance |
| AMERICAN GEM SOCIETY LABS LLC | 8917 W SAHARA AVE | LAS VEGAS | NV | US | 89117 | $149.20 | | | | 9/01/08 - 1/1/09 | Certification of Stones |
| AMERICAN ORIGINALS CORP. | 22 EAST 49TH STREET, 6TH FLOOR | NEW YORK | NY | US | 10017 | $375,377.92 | | | | CONTINUOUS | Inventory |
| AMERIPRIDE LINEN & APPAREL SER | P.O. BOX 518 | BEMIDJI | MN | US | 56619-0518 | $718.61 | | | | 9/01/08 - 1/1/09 | Linen Services |
| AMTECH LIGHTING SERVICES | FILE NO 53124 | LOS ANGELES | CA | US | 90074-3124 | $146.45 | X | X | | 9/01/08 - 1/1/09 | Store Repairs/Maintenance |
| Anaya, Araceli | 60 Descanso Dr., Apt #2104 | San Jose | CA | US | 95134 | - | X | X | | 10/5/2008 | Lawsuit - EEOC |
| Anderson, Gwendolyn | 825 Hancock St., Apt. #208 | Hayward | CA | US | 94544 | - | | | | 12/17/2008 | Lawsuit - EEOC |
| AQUARIAN PEARLS PTY LTD | 412-414 GEORGE STREET, STE 501 | SYDNEY | NSW | AU | 2000 | $75,447.00 | | | | CONTINUOUS | Inventory |
| ARAMARK REFRESHMENT SERVICES | 1101 MARKET STREET, 22ND FLR | PHILADELPHIA | PA | US | 19107 | $22,757.48 | | | | 9/01/08 - 1/1/09 | Office Supplies |
| ARBITRON INC | 2538 COLLECTIONS CENTER DR | CHICAGO | IL | US | 60693 | $1,076.11 | | | | 9/01/08 - 1/1/09 | Radio Endorsements |
| ARIZONA AWNINGS & WINDOW | 1409 S 21ST DRIVE | PHOENIX | AZ | US | 85009-6526 | $157.75 | | | | 9/01/08 - 1/1/09 | Store Repairs/Maintenance |
| ARIZONA PUBLIC SERVICE | P.O. BOX 2907 | PHOENIX | AZ | US | 85062-2907 | $5,640.22 | | | | APPROXIMATELY 1/01/09 | Utility Services |
| ARYAS COLLECTION INC | 37 W 47TH STREET, SUITE 401 | NEW YORK | NY | US | 10036 | $313,085.00 | | | | CONTINUOUS | Inventory |
| ASSOCIATED BUSINESS SYSTEMS | 7440 SW BONITA RD | PORTLAND | OR | US | 97224 | $172.60 | | | | 9/01/08 - 1/1/09 | Office Supplies |
| AT&T | PAYMENT CENTER | SACRAMENTO | CA | US | 95887-0001 | $18,934.22 | | | | APPROXIMATELY 1/01/09 | Utility Services |
| ATIT DIAMOND CORPORATION | 22 WEST 46TH ST., SUITE 902 | NEW YORK | NY | US | 10036 | $336,034.05 | | | | CONTINUOUS | Inventory |
| ATMOS ENERGY | P.O. BOX 9001949 | LOUISVILLE | KY | US | 40290-1949 | $1,423.04 | | | | APPROXIMATELY 1/01/09 | Utility Services |
| AUTOMATED BUSINESS PRODUCTS | P.O. BOX 651006 | SALT LAKE CITY | UT | US | 84165-1006 | $76.90 | | | | 9/01/08 - 1/1/09 | Office Supplies |
| AUTOMATIC DOOR & GLASS SPECIALISTS, | P.O. BOX 777 | MOORESVILLE | IN | US | 46158 | $482.27 | | | | 9/01/08 - 1/1/09 | Store Repairs/Maintenance |
| AVNIT DIAMONDS LTD | 1 JABOTINSKY ST 3RD FLOOR | RAMAT-GAN | | IL | 52520 | $15,714.50 | | | | CONTINUOUS | Inventory |
| AZ CTR FOR THE BLIND & VISUALLY I | 302 S 26TH STREET | PHOENIX | AZ | US | 85034 | $26.40 | | | | 9/01/08 - 1/1/09 | Shredding Services |
| B & G SECURITY INTERNATIONAL LLC | 472 HARWICK CIR | STOCKBRIDGE | GA | US | 30281 | $460.00 | | | | 9/01/08 - 1/1/09 | Security |
| BABCOCK AND SON SECURITY CORP. | 716 SO. CLEVELAND AVE. | SAINT PAUL | MN | US | 55119 | $263.28 | | | | 9/01/08 - 1/1/09 | Security |
| BAMACOR, INC. | 1160 INDUSTRIAL ROAD, SUITE 14 | SAN CARLOS | CA | US | 94070-4128 | $4,778.69 | | | | 9/01/08 - 1/1/09 | Store Repairs/Maintenance |
| BANC OF AMERICA LEASING | P.O. BOX 371992 | PITTSBURGH | PA | US | 15250-7992 | $1,129.22 | | | | 9/01/08 - 1/1/09 | Copier Leasing |
| BAY ALARM | P.O. BOX 7137 | SAN FRANCISCO | CA | US | 94120-7137 | $230.30 | | | | 9/01/08 - 1/1/09 | Security |
| BELL JANITORIAL SUPPLY | 1776 WALL AVENUE | OGDEN | UT | US | 84404 | $879.26 | | | | 9/01/08 - 1/1/09 | Shop Supplies |
| BENCHMARK | P.O. BOX 2929 | TUSCALOOSA | AL | US | 35403 | $261,404.81 | | | | CONTINUOUS | Inventory |
| BERGIO | 12 DANIEL ROAD EAST, SUITE 301, | FAIRFIELD | NJ | US | 07004 | $120,610.50 | | | | CONTINUOUS | Inventory |
| MORRIS, BERT | 7000 SQUIBB RD | MISSION | KS | US | 66202 | $1,500.00 | | | | 9/01/08 - 1/1/09 | Radio Endorsements |
| BEST LINEN SERVICES | P.O. BOX 1399 | FLOWERY BRANCH | GA | US | 30542 | $303.50 | | | | 9/01/08 - 1/1/09 | Linen Services |

1