Form 210A (10/06)

# United States Bankruptcy Court

District Of    Colorado

In re   Shane Co     ,   Case No.   09-10367

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Lapis Investment Business Trust | Citadel |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    1640 School Street
    Moraga, CA 94556

Phone:   415-376-6280
Last Four Digits of Acct #: _____

Court Claim # (if known):   268
Amount of Claim:   $29,919.15
Date Claim Filed:   5/20/2009

Phone:   719-593-2700
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_____      Date:   10/01/2010
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (10/06)

# United States Bankruptcy Court

_____ District Of ___Colorado___

In re __Shane Co_____ ,  Case No. 09-10367_____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __268__ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

| Citadel | Lapis Investment Business Trust |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor:<br>6805 Corporate Dr, No 130<br>Colorado Springs, CO 80919 | Address of Transferee:<br>1640 School Street<br>Moraga, CA 94556 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

                                    _____
                                    **CLERK OF THE COURT**

<u>Evidence of Transfer of Claims</u>

TO: The Debtor and the Bankruptcy Court

**Citadel Broadcasting Company**, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Lapis Advisers, LP, its successors, with offices at 1640 School Street, Moraga, CA 94556, and assigns all right, title and interest in and to the Claim(s) of Claimant ~~against the debtor and its estate~~, in the Bankruptcy Court for the ~~Southern~~ District of ~~New York~~, the case entitled IN re Shane Co., et al with a Case Number of 09-10367 pending in the Court, including without limitation those receivables of Claimant — **Colorado**

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the **3/17/10**

Name: _____

By: _____
(Signature of claimant)

Claimant Seller: **KKMG**
**Citadel Broadcasting Co.**
**6805 Corporate Dr. Ste 130**
**Colorado Springs, CO 80919**
(Address)

_____
(SS #/Tax ID)

Accepted Lapis Advisers, LP
By: _____